UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Donald J. Trump, et al. vs. J. Ann Selzer, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-8003 for the following party(s): (please specify)

J. Ann Selzer; Selzer & Company

[ ] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [✔] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Robert Corn-Revere  s/: Robert Corn-Revere

Firm Name: Foundation for Individual Rights and Expression

Business Address: 700 Pennsylvania Ave SE, Ste. 340

City/State/Zip: Washington, DC 20003

Telephone Number (Area Code): 215-717-3473

Email Address: bob.corn-revere@thefire.org

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 6/16/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: