IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 25–8003<br><br>**DEFENDANTS-APPELLEES DES MOINES REGISTER & TRIBUNE COMPANY AND GANNETT CO., INC.'S CORPORATE DISCLOSURE STATEMENTS** |

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, undersigned counsel states as follows:

1. **Defendant-Appellee Gannett Co., Inc.** is a Delaware corporation with a principal place of business in New York for the purposes of diversity jurisdiction. Gannett Co., Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. **Defendant-Appellee Des Moines Register & Tribune Company** is an Iowa corporation with a principal place of business in New York for the purposes of



Appellate Case: 25-8003 Page: 1 Date Filed: 06/16/2025 Entry ID: 5527755

diversity jurisdiction. The Des Moines Register & Tribune Company is an indirect wholly owned subsidiary of Gannett Co., Inc., and is not publicly traded.

Dated: June 16, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ David Yoshimura*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Attorneys for Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Paulette Ohnemus*



Appellate Case: 25-8003 Page: 3 Date Filed: 06/16/2025 Entry ID: 5527755