No. 25-8003

# In the
# United States Court of Appeals
## for the
# Eighth Circuit

PRESIDENT DONALD J. TRUMP, an individual,
REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and
FORMER STATE SENATOR BRADLEY ZAUN, an individual,

Plaintiffs-Appellants,

vs.

J. ANN SELZER, an individual, SELZER & COMPANY,
DES MOINES REGISTER AND TRIBUNE COMPANY, and
GANNETT CO., INC.,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:24-cv-00449, Hon. Rebecca Goodgame Ebinger

**DEFENDANTS-APPELLEES J. ANN SELZER AND SELZER & COMPANY'S NOTICE OF JOINDER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL**

| | |
|---|---|
| Robert Corn-Revere† | Greg H. Greubel |
| (DC Bar No. 375415) | (Iowa Bar No. AT0015474) |
| Conor T. Fitzpatrick* | Adam Steinbaugh |
| (Mich. Bar No. P78981) | (Cal. Bar No. 304829) |
| Foundation for Individual | Foundation for Individual |
| Rights and Expression (FIRE) | Rights and Expression (FIRE) |

Appellate Case: 25-8003     Page: 1     Date Filed: 06/16/2025 Entry ID: 5527796

700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

\* *Application for Admission Pending*
† *Counsel of Record*

*Attorneys for Defendants-Appellees J. Ann Selzer & Selzer & Company*

# NOTICE OF JOINDER

Pursuant to Federal Rule of Appellate Procedure 28(i), Defendants-Appellees J. Ann Selzer and Selzer & Company hereby join the brief of Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc. in opposition to Plaintiffs-Appellants' Petition for Permission to Appeal.

Dated: June 16, 2025

/s/ *Robert Corn-Revere* .
Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick*
(Mich. Bar No. P78981)
Foundation for Individual
Rights and Expression (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
Foundation for Individual
Rights and Expression (FIRE)
510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014

1

mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

\* *Application for Admission Pending*
† *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Robert Corn-Revere</u>

2