IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE SENATOR BRADLEY ZAUN, an individual,<br>Plaintiffs-Appellants,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>Defendants-Appellees. | Case No. 25-8003<br><br>**DEFENDANT-APPELLEE SELZER & COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, Defendant-Appellee Selzer & Company states that it is a citizen of the State of Iowa for the purposes of diversity jurisdiction. Further, Selzer & Company does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

*<u>/s/ Robert Corn-Revere</u>*

Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick*
(Mich. Bar No. P78981)

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)

Foundation for Individual
Rights and Expression (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Foundation for Individual
Rights and Expression (FIRE)
510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants-Appellees J. Ann Selzer and Selzer & Company*

* *Application for Admission Pending*
† *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert Corn-Revere*