No. 25-8003

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE
MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE
SENATOR BRADLEY ZAUN, an individual,
Plaintiffs-Appellants,
v.
J. ANN SELZER, an individual, SELZER & COMPANY, DES MOINES
REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,
Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Iowa, Case No. 4:24-cv-00449,
The Hon. Rebecca Goodgame Ebinger, District Judge

DISMISSAL OF PETITION FOR PERMISSION TO APPEAL BY
PRESIDENT DONALD J. TRUMP, an individual, REPRESENTATIVE
MARIANNETTE MILLER-MEEKS, an individual, and FORMER STATE
SENATOR BRADLEY ZAUN, an individual

Plaintiffs President Donald J. Trump, Representative Mariannette Miller-Meeks, and Former State Senator Bradley Zaun dismiss their petition for permission to appeal filed in this Court on June 2, 2025.

1

Dated: June 30, 2025      Respectfully submitted,

/s/ Alan R. Ostergren

**Alan R. Ostergren**
ALAN R. OSTERGREN PC
500 East Court
Avenue Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com

**Edward Andrew Paltzik**
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
(516) 526-0341
edward@taylordykema.com

Appellate Case: 25-8003   Page: 2   Date Filed: 06/30/2025 Entry ID: 5532266

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 30, 2025       /s/ Alan R. Ostergren
                                    **Alan R. Ostergren**

Appellate Case: 25-8003    Page: 3    Date Filed: 06/30/2025 Entry ID: 5532266