No. 25-8003

*In the*
# United States Court of Appeals
*for the*
# Eighth Circuit

---

PRESIDENT DONALD J. TRUMP, an individual,
REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and
FORMER STATE SENATOR BRADLEY ZAUN, an individual,

                               Plaintiffs-Appellants,

vs.

J. ANN SELZER, an individual, SELZER & COMPANY,
DES MOINES REGISTER AND TRIBUNE COMPANY, and
GANNETT CO., INC.,

                                 Defendants-Appellees.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:24-cv-00449, Hon. Rebecca Goodgame Ebinger

---

**DEFENDANTS-APPELLEES J. ANN SELZER AND SELZER &
COMPANY'S NOTICE OF JOINDER IN MOTION TO STRIKE**

---

Robert Corn-Revere†  
(DC Bar No. 375415)  
Conor T. Fitzpatrick  
(Mich. Bar No. P78981)  
Foundation for Individual  
Rights and Expression (FIRE)  
700 Pennsylvania Ave., SE; Suite 340  

Greg H. Greubel  
(Iowa Bar No. AT0015474)  
Adam Steinbaugh  
(Cal. Bar No. 304829)  
Foundation for Individual  
Rights and Expression (FIRE)  
510 Walnut St.; Suite 900  

Appellate Case: 25-8003     Page: 1     Date Filed: 07/01/2025 Entry ID: 5532646

Washington, DC 20003  Philadelphia, PA 19106
(215) 717-3473  (215) 717-3473
bob.corn-revere@thefire.org  greg.greubel@thefire.org
conor.fitzpatrick@thefire.org  adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

† *Counsel of Record*

*Attorneys for Defendants-Appellees J. Ann Selzer and Selzer & Company*

# NOTICE OF JOINDER

Under Federal Rules of Appellate Procedure 27 and 28(i), Defendants-Appellees J. Ann Selzer and Selzer & Company hereby join the motion of Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc. to strike Plaintiffs-Appellants' June 30, 2025 Dismissal of Petition for Permission to Appeal, improperly filed as a "STIPULATION for dismissal." (*See* CM/ECF entry for Entry ID 5532266).

Dated: July 1, 2025

/s/ *Robert Corn-Revere* .
Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick
(Mich. Bar No. P78981)
Foundation for Individual
Rights and Expression (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
Foundation for Individual
Rights and Expression (FIRE)
510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)

1

Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

† *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Robert Corn-Revere</u>