# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 25-8003
_____

Donald J. Trump; Bradley Zaun; Mariannette Miller-Meeks

Petitioners

v.

J. Ann Selzer; Selzer & Company; Des Moines Register and Tribune Company; Gannett Co., Inc.

Respondents

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00449-RGE)

------

**JUDGMENT**

Before SMITH, STRAS and KOBES, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. Section 1292(b) is denied.

The stipulation for dismissal and motions to strike are denied as moot.

July 03, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Susan E. Bindler