**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-8003

Donald Trump, et al.

Petitioners

v.

J. Ann Selzer, et al.

Respondents

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00449-RGE)

---

**MANDATE**

In accordance with the judgment of July 3, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 03, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit