No. 25-8003

*In the*

# United States Court of Appeals

*for the*

# Eighth Circuit

PRESIDENT DONALD J. TRUMP, an individual,
REPRESENTATIVE MARIANNETTE MILLER-MEEKS, an individual, and
FORMER STATE SENATOR BRADLEY ZAUN, an individual,

Plaintiffs-Appellants,

vs.

J. ANN SELZER, an individual, SELZER & COMPANY,
DES MOINES REGISTER AND TRIBUNE COMPANY, and
GANNETT CO., INC.,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
Case No. 4:24-cv-00449, Hon. Rebecca Goodgame Ebinger

## DEFENDANTS-APPELLEES J. ANN SELZER AND SELZER & COMPANY'S NOTICE OF JOINDER IN OPPOSITION TO MOTION TO RECALL MANDATE AND MODIFY OPINION

Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick
(Mich. Bar No. P78981)
Foundation for Individual
Rights and Expression (FIRE)

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
Foundation for Individual
Rights and Expression (FIRE)

700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

† *Counsel of Record*

*Attorneys for Defendants-Appellees J. Ann Selzer and Selzer & Company*

## NOTICE OF JOINDER

Under Federal Rules of Appellate Procedure 27(a)(3) and 28(i), Defendants-Appellees J. Ann Selzer and Selzer & Company hereby join the response of Defendants-Appellees Des Moines Register & Tribune Company and Gannett Co., Inc. to Plaintiffs-Appellants' July 8, 2025 Motion to Recall Mandate and Modify Opinion.

Dated: July 18, 2025

*/s/ Robert Corn-Revere* .

Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick
(Mich. Bar No. P78981)
Foundation for Individual
Rights and Expression (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
Foundation for Individual
Rights and Expression (FIRE)
510 Walnut St.; Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300

Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

† *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert Corn-Revere*